IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEREMY BROOKS DOLAN,
    Plaintiff,

vs.                             Case No.: 3:13cv431/MCR/EMT

PAUL LAWSON, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This matter is before the court on Plaintiff's notice of voluntary dismissal, without prejudice, of the instant civil rights case filed pursuant to 42 U.S.C. § 1983 (doc. 16).

    Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment. Because Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

    Accordingly, it is respectfully **RECOMMENDED**:

    That Plaintiff's notice of voluntary dismissal (doc. 16) be **GRANTED** and this case be **DISMISSED without prejudice**.

    At Pensacola, Florida, this 6th day of September 2013.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only**. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).